# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 163 MAL 2016

                           Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

                  v.   :

BARBARA PAXOS,   :

                    Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Mundy did not participate in the decision of this matter